**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Foster Florendo, ) | No. CV 05-3561-PHX-JAT |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Joseph Arpaio, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 6, 2006, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #6) recommending that this case be dismissed for failure to prosecute.

Neither party has filed objections to the R&R.[1] Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

---

[1] Defendants have not been served and have not appeared.

1      **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #6)
2  is **ACCEPTED**; and
3      **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
4  **PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and
5  the clerk of the court shall enter judgment accordingly.
6      DATED this 12th day of September, 2006.

_____
James A. Teilborg
United States District Judge